878

## BLAKELEY v. STATE.
### No. 25017.

Court of Criminal Appeals of Texas.
Dec. 6, 1950.

No attorneys for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Upon his plea of guilty before the jury to the charge of burglary, appellant was found guilty and assessed punishment at two years in the penitentiary.

The facts support the conviction.

No bills of exception appear in the record.

The judgment is affirmed.

Opinion approved by the court.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

The offense is driving a motor vehicle upon a public highway while intoxicated and the punishment, a fine of $50.

No bills of exception or statement of facts appear in the record. Nothing is presented for the consideration of this court.

The judgment is affirmed.

Opinion approved by the court.